UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re	Case No. 14-31187-DHW
	Chapter 13
JOHN EDWARD LUSTER, II,
CHARLYN CHANTEL LUSTER,

      Debtors.

## ORDER OVERRULING OBJECTION TO CONFIRMATION

Credit Union One, a creditor in the above-styled proceeding, filed an objection (Doc. #17) to the confirmation of the debtor's plan. The confirmation hearing was held on August 4, 2014 and the creditor failed to appear. In accordance with the ruling from the bench in open court, it is

ORDERED that the objection is OVERRULED and the plan will be confirmed by a separate order.

Done this 4th day of August, 2014.

                                                                          /s/ Dwight H. Williams, Jr.
                                                                          United States Bankruptcy Judge

c:    Debtor
      Michael D. Brock, Attorney for Debtor
      Credit Union One, Creditor
      Edward S. Reisinger, Attorney for Creditor
      Curtis C. Reding, Trustee